Page 1 of 2

## CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: **BROWN, USDJ**                                                    **DATE:** 5/1/2023

**DOCKET No.  CR- 23-53**


**DEFENDANT:**    Jaquan Hill      **DEF. #**

Present in custody



**DEFENSE COUNSEL:**  Joseph Kilada

CJA Appointment

**present in-person**


**A.U.S.A.**:        Wenzel, Andrew

INTERPRETER:  [Choose an item.] -- [Choose an item.]

PROBATION OFFICER/PRETRIAL:  _Choose an item.

COURT REPORTER/FTR LOG:  12:53-12:54                              DEPUTY: KM


| | | | |
|---|---|---|---|
| ☐ | Allocution | ☒ | Status Conference |
| ☐ | Arraignment | ☐ | Revocation of Probation |
| ☐ | Change of Plea Hearing (*~Util-Plea Entered*) | ☐ | Initial Appearance |
| ☐ | Revocation of Supervised Release evidentiary | ☐ | Revocation of Supervised Release non- |
| ☐ | Telephone Conference | | evidentiary |
| ☐ | Detention hearing | ☐ | Bond hearing |
| ☐ | Motion Hearing Non Evidentiary | ☐ | Plea Agreement Hearing |
| ☐ | Video Conference | | |
| ☐ | Other Evidentiary Hearing Contested    TYPE OF HEARING_____ | | |

**SHOULD THIS CALENDAR BE SEALED?**    ☐        YES      ☒        NO


**Do these minutes contain ruling(s) on motion(s)**?          ☐        YES            ☐        NO

Motion(s) Type and Document # of Motion Ruled On:


☒      Case called.

☒      Counsel for all sides present.

☐      Defendant is informed of his/her rights.

☐      Defendant's first appearance and arraigned.

☐Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.

☐      Defendant waives public reading.

☐      Defendant enters a plea of not guilty to the_Choose an item.._

☒      Set Status Conference for   6/13/2023 at 11:00 am in-person

☒      Motion to exclude time through 6/13/2023 . Motion granted, order entered on the record.

Page 2 of  2

EXCLUDABLE DELAY CODE TYPE:  XT - Interest of Justice
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 5/1/2023
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:  6/13/2023
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

☐    Motion for  Choose an item., argument heard.
☐    Choose an item.:
  ☐    Ruling:
    ☐    Order setting conditions of bond executed.
    ☐    Detention Order executed.
      ☐    Permanent.
      ☐    Temporary: Hearing set for Click or tap to enter a date.
☐    Defendant Choose an item.
☐    Medical Evaluation Order entered.
☐    Motion schedule set:

☐    Hearing held.
  ☐    Witness(es) sworn, testimony heard.        ☐    Exhibits entered.
  ☐    Hearing Continued to:                      ☐    Hearing Concluded.
  ☐    Ruling on the record.                      ☐    Decision Reserved.
☐    Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒    OTHER:  Discovery has been provided. Plea negotiations have begun.
☒    Defendant continued:  ☒  in custody        ☐    on bond