UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                      23-CR-53(GRB)

JAQUAN HILL,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Mark E. Misorek from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Mark E. Misorek
        United States Attorney's Office (Criminal Division)
        610 Federal Plaza
        Central Islip, New York 11722
        Tel:  (631) 715-7874
        Email: Mark.Misorek@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Mark E. Misorek at the email address set forth above.

Dated: Central Islip, New York
May 3, 2023

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Mark E. Misorek
Mark E. Misorek
Assistant U.S. Attorney

cc: Clerk of the Court (GRB)