# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 6/13/2023   5 min
**DOCKET No. CR-** 23-53

**DEFENDANT:** Jaquan Hill   **DEF. #**
Present in custody

**DEFENSE COUNSEL:** Joseph Kilada
CJA Appointment
**present in-person**

**A.U.S.A.**:   Wenzel, Andrew
INTERPRETER: [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL: Choose an item.
COURT REPORTER/FTR LOG: Fred Guerino       DEPUTY: KM

- ☐ Allocution
- ☒ Status Conference
- ☐ Arraignment
- ☐ Revocation of Probation
- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ Initial Appearance
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Telephone Conference
- ☐ Detention hearing
- ☐ Bond hearing
- ☐ Motion Hearing Non Evidentiary
- ☐ Plea Agreement Hearing
- ☐ Video Conference
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**SHOULD THIS CALENDAR BE SEALED?** ☐ YES   ☒ NO

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   ☐ NO
Motion(s) Type and Document # of Motion Ruled On:

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☐ Defendant is informed of his/her rights.
- ☐ Defendant's first appearance and arraigned.
    - ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
- ☐ Defendant waives public reading.
- ☐ Defendant enters a plea of not guilty to the Choose an item..
- ☒ Set Status Conference for  8/18/2023 at 11:30 am in-person

Page 2 of 2

- ☒ Motion to exclude time through 8/18/2023 Motion granted. The findings required by 18 USC 3161(h)(7)(A) were made on the record, as was defense counsel's consent to the exclusion of time.
  EXCLUDABLE DELAY CODE TYPE:  XT - Interest of Justice
  PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 6/13/2023
  PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:  8/18/2023
  *Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

- ☐ Motion for  Choose an item., argument heard.
- ☐ Choose an item.:
  - ☐ Ruling:
    - ☐ Order setting conditions of bond executed.
    - ☐ Detention Order executed.
      - ☐ Permanent.
      - ☐ Temporary: Hearing set for Click or tap to enter a date.
- ☐ Defendant Choose an item.
- ☐ Medical Evaluation Order entered.
- ☐ Motion schedule set:

- ☐ Hearing held.
  - ☐ Witness(es) sworn, testimony heard.    ☐ Exhibits entered.
  - ☐ Hearing Continued to:                  ☐ Hearing Concluded.
  - ☐ Ruling on the record.                  ☐ Decision Reserved.
- ☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
- ☒ OTHER:  Discovery has been provided. Plea agreement has been provided and needs to be discussed..
- ☒ Defendant continued:  ☒  in custody       ☐   on bond