# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ      **DATE:** 10/6/2023    5 min
**DOCKET No.  CR- 23-53**

**DEFENDANT:**   Jaquan Hill   **DEF. #**
Present in custody

**DEFENSE COUNSEL:**  Joseph Kilada
CJA Appointment
**present in-person**

**A.U.S.A.**:   Wenzel, Andrew
INTERPRETER:  [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:  Choose an item.
COURT REPORTER/FTR LOG: FTR: 1:37 – 1:45       DEPUTY: KM

| | | | |
|---|---|---|---|
| ☐ | Allocution | ☒ | Status Conference |
| ☐ | Arraignment | ☐ | Revocation of Probation |
| ☐ | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Initial Appearance |
| ☐ | Revocation of Supervised Release evidentiary | ☐ | Revocation of Supervised Release non-evidentiary |
| ☐ | Telephone Conference | | |
| ☐ | Detention hearing | ☐ | Bond hearing |
| ☐ | Motion Hearing Non Evidentiary | ☐ | Plea Agreement Hearing |
| ☐ | Video Conference | | |
| ☐ | Other Evidentiary Hearing Contested  TYPE OF HEARING_____ | | |

**SHOULD THIS CALENDAR BE SEALED?** ☐ YES  ☒ NO

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES  ☐ NO
Motion(s) Type and Document # of Motion Ruled On:

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☐ Defendant is informed of his/her rights.
- ☐ Defendant's first appearance and arraigned.
  - ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
- ☐ Defendant waives public reading.
- ☐ Defendant enters a plea of not guilty to the Choose an item..
- ☒ Set Status Conference for  11/8/2023 at 11:30 a.m in-person

☒ Motion to exclude time through 11/8/2023 Motion granted. The findings required by 18 USC 3161(h)(7)(A) were made on the record, as was defense counsel's consent to the exclusion of time.
  EXCLUDABLE DELAY CODE TYPE:  XT - Interest of Justice
  PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 10/6/2023
  PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:  11/8/2023
  *Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

☐ Motion for  Choose an item., argument heard.
☐ Choose an item.:
  ☐ Ruling:
    ☐ Order setting conditions of bond executed.
    ☐ Detention Order executed.
      ☐ Permanent.
      ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Medical Evaluation Order entered.
☐ Motion schedule set:

☐ Hearing held.
  ☐ Witness(es) sworn, testimony heard.       ☐ Exhibits entered.
  ☐ Hearing Continued to:                     ☐ Hearing Concluded.
  ☐ Ruling on the record.                     ☐ Decision Reserved.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒ OTHER:  Discovery has been provided. Plea agreement has been provided and needs to be discussed.
☒ Defendant continued:  ☒  in custody       ☐  on bond