# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 11/8/2023   5 min
**DOCKET No.  CR- 23-53**

**FILED**
**CLERK**

**DEFENDANT:**   Jaquan Hill    **DEF. #**
Present in custody

2:35 pm, Nov 08, 2023

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENSE COUNSEL:** Joseph Kilada
CJA Appointment
**present in-person**

**A.U.S.A.**:    Wenzel, Andrew
INTERPRETER:  [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:  Choose an item.
COURT REPORTER/FTR LOG:  Toni Ann Locurto           DEPUTY: KM

| | | | |
|---|---|---|---|
| ☐ | Allocution | ☒ | Status Conference |
| ☐ | Arraignment | ☐ | Revocation of Probation |
| ☐ | Change of Plea Hearing (*~Util-Plea Entered*) | ☐ | Initial Appearance |
| ☐ | Revocation of Supervised Release evidentiary | ☐ | Revocation of Supervised Release non-evidentiary |
| ☐ | Telephone Conference | | |
| ☐ | Detention hearing | ☐ | Bond hearing |
| ☐ | Motion Hearing Non Evidentiary | ☐ | Plea Agreement Hearing |
| ☐ | Video Conference | | |
| ☐ | Other Evidentiary Hearing Contested  TYPE OF HEARING_____ | | |

**SHOULD THIS CALENDAR BE SEALED?**   ☐   YES   ☒   NO

**Do these minutes contain ruling(s) on motion(s)**?   ☐   YES   ☐   NO
   Motion(s) Type and Document # of Motion Ruled On:

☒   Case called.
☒   Counsel for all sides present.
☐   Defendant is informed of his/her rights.
☐   Defendant's first appearance and arraigned.
      ☐Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
☐   Defendant waives public reading.
☐   Defendant enters a plea of not guilty to the  Choose an item..
☒   Set Status Conference for   11/16/2023 at 11:30 a.m in-person

☒ Motion to exclude time through 11/16/2023 Motion granted. The findings required by 18 USC 3161(h)(7)(A) were made on the record, as was defense counsel's consent to the exclusion of time.
  EXCLUDABLE DELAY CODE TYPE: XT - Interest of Justice
  PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 11/8/2023
  PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP: 11/16/2023
  *Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

☐ Motion for Choose an item., argument heard.
☐ Choose an item.:
  ☐ Ruling:
    ☐ Order setting conditions of bond executed.
    ☐ Detention Order executed.
      ☐ Permanent.
      ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Medical Evaluation Order entered.
☐ Motion schedule set:

☐ Hearing held.
  ☐ Witness(es) sworn, testimony heard.    ☐ Exhibits entered.
  ☐ Hearing Continued to:                  ☐ Hearing Concluded.
  ☐ Ruling on the record.                  ☐ Decision Reserved.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒ OTHER: Plea agreement needs to be discussed one final time by defense.
☒ Defendant continued: ☒ in custody    ☐ on bond