UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE      DATE: 11/16/2023
    TIME: 1:30 PM
☐ SEALED PROCEEDING

## CRIMINAL CAUSE FOR GUILTY PLEA
CASE & DOCKET No.: 2:23-CR-00053 (GRB)(JMW) USA v. Jaquan Hill

**DEFENDANT:** Jaquan Hill
☒ Present    ☐ Not Present    ☒ Custody    ☐ Bail

**DEFENSE COUNSEL:** Joseph F. Kilada
☐ Federal Defender    ☒ CJA    ☐ Retained

**A.U.S.A.:** Samantha Alessi for Andrew Patrick Wenzel and Mark E. Misorek

INTERPRETER (Spanish)(Sworn):

PROBATION OFFICER/PRETRIAL:

FTR LOG: 1:52-2:33      MAGISTRATE DEPUTY: DJF

☒    Case called    ☒    Counsel for all sides present

☒    Defendant is sworn and informed of his rights.

☒    Order of Referral executed.

☒    Consent to have a Plea Taken Before a United States Magistrate Judge executed.

☒    Defendant enters a Plea of Guilty to the lesser-included offense charged in Count One of the Indictment.

☒    Plea Agreement marked as Court Exhibit 1 and returned to the Government.

☒    Standard Plea Form marked as Court Exhibit 2.

☒    Upon defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Wicks, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the plea of guilty be accepted by the District Judge.

☐    Court finds a factual basis for the plea and accepts it.

☒    Sentencing:    ☒    Set for    March 22, 2024 at 11:00 AM in Courtroom 940
    before Judge Gary R. Brown

☐    Order Setting Conditions of Release and Appearance Bond executed.

☐ Permanent Order of Detention entered.

☐ Temporary Order of Detention entered.
    ☐ Detention Hearing scheduled for:

☒ Transcript ordered.

☒ Conviction notification sent to probation.

☒ Defendant: ☒ Continued in Custody
                          ☐ Continued on Bail

OTHER: