UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

UNITED STATES OF AMERICA,  CASE No.: 2:23-cr-00053 (GRB)(JMW)

    -against-

JAQUAN HILL,

    Defendant,

-------------------------------------------------------X

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

X _____
Samantha Alessi
United States Attorney

X _____
Jaquan Hill
Defendant

X _____
Joseph F. Kilada
Defendant's Attorney

Dated: Nov. 16, 2023
Central Islip, New York

X  /s/James M. Wicks
James M. Wicks, Magistrate Judge